Daniel A. Pollack (*Pro Hac Vice*)
Edward T. McDermott (*Pro Hac Vice*)
Anthony Zaccaria (*Pro Hac Vice*)
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
Telephone: (212) 575-4700
Facsimile: (212) 575-6560

Boris Feldman (State Bar No. 128838)
Peri Nielsen (State Bar No. 196781)
Jordan Elias (State Bar No. 228731)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Franklin Resources, Inc.,
Franklin Advisers, Inc., and
Franklin/Templeton Distributors, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
                                        )
STEPHEN ALEXANDER, Individually and     )
on Behalf of All Others Similarly Situated, )
                                        )
              Plaintiff,                )   Case No. C-06-7121-SI
                                        )
        v.                              )
                                        )
FRANKLIN RESOURCES, INC.,               )
FRANKLIN ADVISERS, INC. and             )
FRANKLIN/TEMPLETON DISTRIBUTORS,        )
INC.,                                   )
                                        )
              Defendants.               )
                                        )
----------------------------------------

**[PROPOSED] STIPULATED SCHEDULING ORDER**

SCHEDULING STIPULATION
CASE NO. C-06-7121-SI

WHEREAS, on November 16, 2006, plaintiff Stephen Alexander filed a putative class action complaint commencing this action;

WHEREAS, on December 4, 2006, defendants filed a Motion To Transfer this action to the District of New Jersey under 28 U.S.C. § 1404(a);

WHEREAS, plaintiff will oppose the Motion to Transfer;

WHEREAS, defendants' Motion To Transfer is scheduled to be heard by this Court on February 2, 2007;

WHEREAS, pursuant to the Private Litigation Securities Reform Act, plaintiff published on December 5, 2006 a notice of the pendency of this action and of the right to move for appointment as lead plaintiff, so the deadline for filing any such motion will be February 5, 2007;

WHEREAS, on December 6, 2006, defendants proposed an extension of time whereby defendants need not respond to the complaint until 30 days after the Court rules upon the pending Motion To Transfer;

WHEREAS, plaintiff proposed that the time for defendants to respond be set only after appointment of lead plaintiff and lead counsel and determination of whether an amended complaint would be filed; and

WHEREAS, defendants do not wish to pre-determine any dates that would be set by a different Court if their motion to transfer was granted.

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby agree and stipulate as follows, subject to the Court's approval:

1. The time for defendants to move against or answer plaintiff's complaint shall be extended until 30 days following the Court's entry of decision on defendants' Motion To Transfer.

2. Upon the determination of the Motion to Transfer, the parties will further meet and confer regarding the filing of an amended complaint.

Dated: December 11, 2006

                                   /s/ Daniel A. Pollack

1
2
3
4
5

Daniel A. Pollack (*Pro Hac Vice*)
Edward T. McDermott (*Pro Hac Vice*)
Anthony Zaccaria (*Pro Hac Vice*)
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
Telephone: (212) 575-4700
Facsimile: (212) 575-6560

6
7
8
9
10
11

   /s/ Boris Feldman
Boris Feldman (State Bar No. 128838)
Peri Nielsen (State Bar No. 196781)
Jordan Elias (State Bar No. 228731)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

12

*Counsel for Defendants*

13
14
15
16
17
18

   /s/ Adam Gutride
Adam J. Gutride (State Bar No. 181446)
Seth A. Safier (State Bar No. 197427)
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile: (415) 449-6469

19
20

*Counsel for Plaintiff*

21
22
23
24
25
26
27
28

**SCHEDULING STIPULATION**
**CASE NO. C-06-7121-SI**

1   Pursuant to the parties' stipulation, and good cause therefor appearing, IT IS HEREBY
2   ORDERED that:
3   Defendants shall file pleadings responding to the complaint within 30 days after the
4   Court's entry of decision on the pending Motion To Transfer.

6   DATED: _____     _____
                                *Susan Illston*
7                               Honorable Susan Illston
                                United States District Court

**SCHEDULING STIPULATION**
**CASE NO. C-06-7121-SI**

I, Jordan Elias, am the ECF User whose identification and password are being used to file this Memorandum in Support of Defendants' Motion To Extend Filing Deadline for Responding to Complaint Pending Court's Resolution of Motion To Transfer. In compliance with General Order 45, X.B, I certify that Boris Feldman concurs in this filing.

Dated:  December 11, 2006        WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                   /s/ Jordan Elias
                                 Jordan Elias

**SCHEDULING STIPULATION**
**CASE NO. C-06-7121-SI**